# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
### FORT WAYNE DIVISION

| | | |
|---|---|---|
| **CHESTER L. WILMS, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CAUSE NO. 1:06-CV-255 AS** |
| | ) | |
| **MAYOR GRAHM,** *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |

### *OPINION AND ORDER*

The clerk inadvertently accepted this filing from Chester L. Wilms, Jr., a *pro se* prisoner. Mr. Wilms has repeatedly abused the judicial process and he has been restricted from filing civil lawsuits. The Seventh Circuit has ordered that,

clerks of all courts within this circuit will return unfiled any papers he tenders in civil litigation.

*Wilms v. Brown*, No. 06-2732, 06-2754 & 06-2755 (7th Cir. June 23, 2006).

For the forgoing reasons, the court:

(1) **STRIKES** the complaint and all of its accompanying documents and motions (docket ## 1, 2, 3, 4, and 5); (2) **DISMISSES** this case; (3) **DIRECTS** the clerk to these papers to Mr. Wilms; and (4) **DIRECTS** the clerk to return unfiled any other papers Mr. Wilms attempts to file in this case.

**IT IS SO ORDERED.**

**ENTERED: July 19 , 2006**

         **S/ ALLEN SHARP**
                           
**ALLEN SHARP, JUDGE**
**UNITED STATES DISTRICT COURT**